```
McGREGOR W. SCOTT
United States Attorney
THOMAS E. FLYNN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JARIUS McNEIL, ) <br> ) <br> Defendant. ) | MG. No. S-02-00325-PAN <br><br> MOTION TO DISMISS <br> INFORMATION AND ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Information No. MG. S-02-0325-PAN, filed against the above-named defendant.

DATED: July 8, 2005.

McGregor W. Scott
United States Attorney

By: /s/ Thomas E. Flynn
THOMAS E. FLYNN
Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: July 11, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
United States Magistrate Judge